IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-4052-CR-C-SOW |
| | ) | |
| TINA LOUISE McFALLS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before the Court is the Report and Recommendation Concerning Plea of Guilty (Doc. #43) from United States Magistrate Judge William A. Knox. Defendant McFalls appeared before Magistrate Judge Knox on August 10, 2009 and entered a plea of guilty to Count I of the indictment filed on November 20, 2008. Accordingly, it is hereby

ORDERED that the plea of guilty is accepted and defendant Tina Louise McFalls is adjudged guilty. It is further

ORDERED that a presentence investigation report be prepared regarding defendant McFalls.

    /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Date: August 27, 2009